JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
**HafterLaw**
911 N. Buffalo Dr., Suite 209
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD T. FITZWATER, an individual; and KELLE FITZWATER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., as successor in interest to BAC HOME LOANS SERVICING, LP.; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00825<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO OPPOSITION TO MOTION TO COMPEL**<br>**-and-**<br>**RESPOND TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

COMES NOW, Plaintiffs, EDWARD T. FITZWATER, and KELLE FITZWATER, in the above-entitled action by and through their counsel of record, Jacob L. Hafter, Esq., of **HafterLaw**, together with BANK OF AMERICA, N.A., AS SUCCESSOR IN INTEREST TO BAC HOME LOANS SERVICING, LP, Defendants, by and through their counsel of record, Matthew Knepper, Esq., of **AKERMAN, LLP**, and hereby stipulate to extend the deadlines in this case as follows. This is the first request for an extension.

Plaintiff's reply to Defendant's Opposition to Motion to Compel (Doc. 19) is presently due on Sunday, June 7, 2015. The parties stipulate to extend the time to for Plaintiffs to respond to June 26, 2015.

Plaintiff's reply to Defendant's Opposition to Motion for Preliminary Injunction (Doc. 18) is presently due on Sunday, June 7, 2015. The parties stipulate to extend the time to for Plaintiffs to respond to June 26, 2015.

B. PURPOSE FOR EXTENSION OF DEADLINES

Plaintiffs' counsel has had a death in the family, and needs time to get certain affairs in order. Accordingly, these deadlines cannot be met due to these unfortunate circumstances.

The parties represent that this stipulation is entered into in good faith and not for the purpose of undue delay.

Dated this 29th day of May, 2015.                               Dated this 29th day of May, 2015.

**HAFTERLAW**                                                    **AKERMAN, LLP**

By: _____                                      By: /s/ Matthew I. Knepper, Esq.
Jacob L. Hafter, Esq.                                            Matthew I. Knepper, Esq.
Nevada Bar Number 9303                                           Nevada Bar No. 12796
911 N. Buffalo Drive, Ste 209                                    1160 Town Center Dr., Suite 330
Las Vegas, Nevada 89128                                          Las Vegas, NV 89144
*Counsel for Plaintiffs*                                         *Counsel for Defendants*

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: June 2, 2015

STIPULATION AND ORDER TO CONTINUE DEADLINES - 2