JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
**HAFTERLAW**
6851 W. Charleston Boulevard
Las Vegas, Nevada 89117
Tel: (702) 405-6700
Fax: (702) 685-4184
*Counsel for Plaintiffs*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EDWARD T. FITZWATER, an individual; and KELLE FITZWATER, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., as successor in interest to BAC HOME LOANS SERVICING, LP.; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00825-GMN-NJK <br><br> **STIPULATION AND [Proposed] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs EDWARD T. FITZWATER and KELLE FITZWATER., ("Plaintiffs"), by and through their counsel, Jacob Hafter, Esq., of **HAFTERLAW**, and Defendants, BANK OF AMERICA, N.A., as successor in interest to BAC HOME LOANS SERVICING, LP., by and through their counsel, Ariel E. Stern, Esq., and Matthew Knepper, Esq., of Akerman, LLP., hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice, as to all parties, with each party bearing its own attorneys fees and costs. There are no currently pending motions and no trial date has been set.

DATED this 15th day of January, 2016.

**HAFTERLAW**

By: _____
Jacob L. Hafter, Esq.
Nevada Bar Number 9303
*Counsel for Plaintiffs*

DATED this 18TH day of January, 2016.

**AKERMAN, LLP**

By: _____
Ariel E. Stern, Esq.
Nevada Bar Number 8276
Matthew Knepper, Esq.
Nevada Bar Number
*Counsel for Defendants*

STIPULATION AND ORDER FOR DISMISSAL - 1

## ORDER

UPON STIPULATION of the parties, by and through their respective counsel of record, and representations having being made that there is no trial date presently set for this matter, it is hereby

ORDERED, ADJUDGED and DECREES that the above-entitled matter be dismissed with prejudice as to all parties, with each party bearing their own attorneys fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of this Court shall close this case.

Dated this __20__ day of __January__, 2016.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE



6851 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

HAFTERLAW

STIPULATION AND ORDER FOR DISMISSAL - 2